WILLIAM DE GOODE, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Judgment and order reversed upon the law and the facts, and new trial granted, with costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery to $607. · In the event of such stipulation the judgment as so modified, and the order, are unanimously affirmed, without costs. There is no evidence in the case justifying a verdict of $1,500. No personal injury to plaintiff was proved. The loss of service of plaintiff's wife or consortium was not pleaded in the complaint. The only evidence of damage was the amount expended for repairs, $150, the loss in value of the car due to collision $417, and $40 paid to Dr. Linder, aggregating $607. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ANNA DE GOODE, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. We have decided that plaintiff's husband may recover in his action for damages to his automobile (*ante*, p. 772, decided herewith), and the jury was justified on the record in deciding that the wife was not guilty of contributory negligence. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HARRY H. FRAZEE, Respondent, v. SAM S. & LEE SHUBERT, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

DANIEL M. GERARD, Respondent, v. LAWRENCE W. SCUDDER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of Proving the Last Will and Testament of BARTHOLOMEW CONROY, etc., Deceased.— Decree of the Surrogate's Court of Kings county affirmed, with costs to the attorneys for the contestants and the special guardian payable out of the estate. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Estate of CLARA HARRIMAN, Deceased. (Interpretation of Will.) — Decree of the Surrogate's Court of Westchester county in so far as appealed from affirmed, with costs to respondents Julia Harriman Budd and Marguerite Clara Budd payable out of the estate. We are of opinion that the trust fund of $5,000, created by the 4th paragraph of the will of the testatrix for the benefit of Julia Harriman for life, with remainder over to Julia Harriman Budd and Marguerite Clara Budd, is not affected by the codicil executed by the testatrix, and hence the fund of $5,000 on the death of the life beneficiary became payable to the grandnieces, the respondents herein, absolutely. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ELIZABETH A. KANE, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

VICTORIA MAGDA, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

HENRY MILLER, Respondent, v. JULIA MILLER, Appellant.— Interlocutory judgment affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.